ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| FREDDIE CONNELL, | ) | CV315-084 |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO: |
| UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY | ) ) ) | |
| Defendant, | ) | Appearing on behalf of Defendant |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, Petitioner, H. Michael Bagley's request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is ~~GRANTED~~.

This 13th day of October, 2015.

_____
Judge
United States District Court, Southern
District of Georgia

Petitioner:
H. MICHAEL BAGLEY
Georgia Bar No. 031425

1