ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| FREDDIE CONNELL, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. |
| | * | CV 315-084 |
| UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, | * | |
| Defendant. | * | |

# O R D E R

Upon due consideration, the parties' joint motion to extend the scheduling deadlines in this case (doc. no. 23) is hereby **GRANTED**.[1] The Court hereby **ENTERS** the following extended scheduling order:

| | |
|---|---|
| CLOSE OF DISCOVERY | October 7, 2016 |
| LAST DAY TO FILE MOTIONS EXCLUDING MOTIONS IN LIMINE | November 7, 2016 |

---

[1] The parties also move for a "temporary stay of all discovery and proceedings for a period of 30 days," yet in their joint motion discuss "exchanges" of evidence. The Court is extending the discovery deadline as requested; thus, a stay appears to be unnecessary. Regardless of how it is accomplished, the parties are expected to complete discovery within the new time frame.

MOTIONS IN LIMINE SHALL BE FILED NO LATER THAN 5 DAYS PRIOR TO THE PRE-TRIAL CONFERENCE, IF PRACTICABLE; OTHERWISE NO LATER THAN 5 DAYS PRIOR TO THE DATE SET FOR TRIAL.

ALL MOTIONS, OTHER THAN SUMMARY JUDGMENT MOTIONS, <u>SHALL</u> BE ACCOMPANIED BY A PROPOSED ORDER.

**ANY WITNESS KNOWN PRIOR TO THE CLOSE OF DISCOVERY AND NOT DISCLOSED WILL <u>NOT</u> BE ALLOWED.**

**ORDER ENTERED** at Augusta, Georgia, this ___15th___ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE