IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| FREDDIE CONNELL, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. |
| | * CV 315-084 |
| UNIVERSAL PROPERTY & CASUALTY | * |
| INSURANCE COMPANY, | * |
| Defendant. | * |

O R D E R

On November 7, 2016, the parties filed a "Stipulation of Dismissal with Prejudice" in the captioned case. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE